# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### 100 EAST FIFTH STREET, ROOM 540
### POTTER STEWART U.S. COURTHOUSE
### CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  October 06, 2014

Mr. Thomas A. Benson
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. F. William Brownell
Hunton & Williams
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. Harry Margerum Johnson III
Hunton & Williams
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Mr. Matthew J. Lund
Pepper Hamilton
4000 Town Center
Suite 1800
Southfield, MI 48075

Mr. Brent Rosser
Hunton & Williams
101 S. Tryon Street
Suite 3500
Charlotte, NC 28280

Mr. Michael J. Solo Jr.
DTE Energy
One Energy Plaza
688 WCB
Detroit, MI 48226

Re:  Case No. 14-2274, *USA v. DTE Energy Company, et al*
Originating Case No. : 2:10-cv-13101

Dear Counsel,

   This appeal has been docketed as case number **14-2274** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 20, 2014**.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Transcript Order |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 14-2274**

UNITED STATES OF AMERICA

   Plaintiff - Appellant

v.

DTE ENERGY COMPANY; DETROIT EDISON COMPANY

   Defendants - Appellees